| | |
|---|---|
| 1 | JOHN T. BURNITE (State Bar No. 162223) |
| | Email: John.Burnite@WilsonElser.com |
| 2 | FRANCIS TORRENCE (State Bar No. 154653) |
| | Email: Francis.Torrence@WilsonElser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
| | EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, California 94105 |
| 5 | Telephone:   (415) 433-0990 |
| 6 | Facsimile:   (415) 434-1370 |
| 7 | Attorneys for Defendant |
| | AMCO INSURANCE COMPANY |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS B. STUCKER and KATHRYN R. STUCKER, | Case No. CV 12 4479 CRB |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| AMCO INSURANCE COMPANY, an IOWA Corporation, | |
| Defendant. | |

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. CV 12 4479 CRB

961309.1

1  It is hereby stipulated by and between the parties to this action, plaintiffs Thomas B.
2  Stucker and Kathryn R. Stucker and defendant AMCO Insurance Company through their
3  attorneys of record David M. King of Carr, McClellan, Ingersoll, Thompson & Horn on behalf of
4  plaintiffs Thomas B. Stucker and Kathryn R. Stucker and John T. Burnite of Wilson, Elser,
5  Moskowitz, Edelman & Dicker LLP, on behalf of defendant AMCO Insurance Company, that
6  the above captioned action has settled, with the parties to bear their own respective fees and
7  costs, and the above captioned matter can be and hereby is dismissed with prejudice in its
8  entirety pursuant to FRCP 41(a)(1).

9  **IT IS SO STIPULATED.**

10
11 Dated: November 28, 2012              CARR, McCLELLAN, INGERSOLL
                                         THOMPSON & HORN
12
13                                       By: _____
14                                           DAVID M. KING
                                             Attorneys for Plaintiffs
15                                           THOMAS B. STUCKER and KATHRYN
                                             R. STUCKER
16 Dated: December 12, 2012              WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP
17
18                                       By: _____
19                                           JOHN T. BURNITE
                                             Attorneys for Defendant
20                                           AMCO INSURANCE COMPANY
21
22                                       **ORDER**

23  Good caused appearing, the Court dismisses with prejudice the entire action, each party
24 to bear their own fees and costs.
25 IT IS SO ORDERED.
26
27 Dated: December 13, 2012              _____
                                         CHARLES R. BREYER
28                                       United States District Judge

-2-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. CV 12 4479 CRB
961309.1