1  JOHN T. BURNITE (State Bar No. 162223)
   Email: John.Burnite@WilsonElser.com
2  FRANCIS TORRENCE (State Bar No. 154653)
   Email: Francis.Torrence@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6

7  Attorneys for Defendant
   AMCO INSURANCE COMPANY
8

9                IN THE UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| THOMAS B. STUCKER and KATHRYN R. STUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an IOWA Corporation,<br><br>Defendant. | Case No. CV 12 4479 CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. CV 12 4479 CRB

961309.1

It is hereby stipulated by and between the parties to this action, plaintiffs Thomas B. Stucker and Kathryn R. Stucker and defendant AMCO Insurance Company through their attorneys of record David M. King of Carr, McClellan, Ingersoll, Thompson & Horn on behalf of plaintiffs Thomas B. Stucker and Kathryn R. Stucker and John T. Burnite of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant AMCO Insurance Company, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

Dated: November 28, 2012

CARR, McCLELLAN, INGERSOLL THOMPSON & HORN

By: _____
DAVID M. KING
Attorneys for Plaintiffs
THOMAS B. STUCKER and KATHRYN R. STUCKER

Dated: December 12, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
JOHN T. BURNITE
Attorneys for Defendant
AMCO INSURANCE COMPANY

### ORDER

Good caused appearing, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: December 13, 2012

_____
CHARLES R. BREYER
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

-2-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. CV 12 4479 CRB

961309.1